# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBA FORD, | No. 1:20-cv-01132-NONE-SKO |
| Plaintiff, | ORDER OF RECUSAL |
| v. | |
| MICHELLE FRIEDLAND, et al., | |
| Defendant. | |

Upon review of the complaint in this case (Doc. No. 1), which names the undersigned as a defendant, and pursuant to 28 U.S.C. § 455, the undersigned recuses himself from this case and DIRECTS the Clerk of Court to reassign another district judge.  Upon reassignment, all papers shall bear the new case number with the new district judge's initials.  The undersigned will take no further action in this case.

IT IS SO ORDERED.

Dated:   **August 17, 2020**                    /s/ Dale A. Drozd
                                                               UNITED STATES DISTRICT JUDGE

1