UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBA FORD, | No. 1:20-cv-01132-AWI-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| MICHELLE FRIEDLAND, et al., | |
| Defendants. | (Doc. 9) |

On August 28, 2020, Plaintiff filed a "Notice of Suit Termination/Motion to Withdraw Suit," in which she indicates she is "terminating/withdrawing this suit" as of August 26, 2020. (Doc. 9.)  Plaintiff filed this notice before the opposing parties each served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter, without prejudice, pursuant to Rules 41(a)(1)(A)(i) and 41(a)(1)(B) of the Federal Rules of Civil Procedure.[1]  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **September 1, 2020**          /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 41(a)(1)(B) provides that "[u]nless the notice [of dismissal] . . . states otherwise, the dismissal is without prejudice."  Fed. R. Civ. P. 41(a)(1)(B).